IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TREVER GUILBEAU, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; AND CHRISTOPHER O'MARA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>*Plaintiffs,*<br><br>vs.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>*Defendant.* | §§§§§§§§§§§§§§§ | SA-21-CV-00142-JKP |

## ORDER

Before the Court in the above-styled cause of action is the Motion for Admission Pro Hac Vice, filed by Bryan Edward Bowdler [#52]. Mr. Bowdler's application reflects that he is a member in good standing with the Bar of the State of Louisiana and admitted to practice in the Eastern, Middle, and Western Districts of Louisiana; the District of Colorado; the Sixth Circuit Court of Appeals; the Supreme Court of Louisiana; and the New York Court of Appeals. According to the motion, this is Mr. Bowdler's fourth application to appear *pro hac vice* in the Western District of Texas.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any case. This Court has, however, made an exception for out-of-district counsel if

1

their practice in the Western District is limited to one or two cases.  Any additional requests by out-of-district counsel require counsel to apply for admission to the Western District of Texas.

Therefore, the Court is of the opinion the motion should be conditionally granted such that Mr. Bowdler may appear in this case *pro hac vice* provided he apply for admission and be licensed in the Western District of Texas within 180 days from the date of this order.  Should Mr. Bowdler not wish to be admitted to this District, he may file a motion to withdraw as counsel in this case.

Accordingly, **IT IS HEREBY ORDERED** that the Motion for Admission Pro Hac Vice [#52] is **CONDITIONALLY GRANTED** such that Bryan Edward Bowdler may appear before this Court *pro hac vice* provided he apply for admission to the Western District of Texas and be admitted to practice in the Western District of Texas within 180 days from the date of this order.  Should Mr. Bowdler fail to comply with this Court's order, he will no longer be permitted to represent Defendant Schlumberger Technology Corporation in this case.  The Court further **ORDERS** counsel to become familiar with the Local Court Rules of the United States District Court for the Western District of Texas, which are available on the Court's website.

**IT IS FURTHER ORDERED** that Bryan Edward Bowdler immediately tender the amount of $208.00, payable to Clerk, U.S. District Court, in compliance with Western District of Texas Local Rule AT-1(e)(1) if he has not already done so.

**IT IS FINALLY ORDERED** that Bryan Edward Bowdler, pursuant to Section 6 of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, must register as a filing user within ten (10) days of this Order, if he

has not already done so.  Mr. Bowdler's *pro hac vice* status shall not take effect until he has complied with all of the requirements contained in this Order.

**IT IS SO ORDERED**.

SIGNED this 18th day of May, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE